UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14215-CIV-MOORE/LYNCH

JUDITH A. BUNNELL,

    Plaintiff,

v.

J.C. PENNEY CORP., INC.,

    Defendant.
_____/



FILED by _____ D.C.
JUL 18 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON DEFENDANT'S APPLICATION FOR BILL OF COSTS (DE 72) AND PLAINTIFF'S MOTION FOR STAY (DE 79)

**THIS CAUSE** comes before this Court upon an Order of Reference and the above Motions. Having reviewed the Motions and related filings, this Court recommends as follows:

    1.    The Defendant submits a Bill of Costs for $5,929.83. The Plaintiff has no objection to the requested amount, and hence this Court recommends that the Defendant's Application be granted.

    2.    The Plaintiff has no objection to the cost award, but she does request that collection on that cost award be stayed pending the final outcome of her current appeal. The Plaintiff does not state the Defendant's position with respect to her request although this Court notes that her earlier Motion to Stay Defendant's Application, which this Court denied, was unopposed. Nor does the Plaintiff address Rule 62(d)'s bond requirement.

Consequently this Court recommends that the Motion for Stay be denied without prejudice.

**ACCORDINGLY,** this Court recommends to the District Court that the Defendant's Application for Bill of Costs be **GRANTED** in the full amount of $5,929.83. This Court recommends further that the Plaintiff's Motion to Stay be **DENIED** without prejudice.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 18th day of July, 2008.

```
FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE
```

cc: Hon. K. Michael Moore
    Erika Deutsch Rotbart, Esq.
    Susan L. Dolin, Esq.